**Order filed September 12, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00477-CV
_____

**CHRISTOPHER BRANCH, Appellant**

**V.**

**FORT BEND COUNTY, Appellee**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-253619**

## ORDER

On July 18, 2019, this court issued an opinion dismissing this appeal. On August 6, 2019, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed July 18, 2019 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The clerk's record and reporter's record in this case are due **on or before October 14, 2019**.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.